IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANK SCIAMMETTA,

    Petitioner,

v.                                                                            4:16cv409–WS/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 29) docketed February 21, 2018. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (doc. 1) be dismissed. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 29) is hereby

ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 20) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this __21st__ day of __February__, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE